UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'KEEFFE's, et al., | No. C 05-2715 CRB  (JL) |
| Plaintiffs, | **Amendment to** |
| v. | **ORDER CONTINUING HEARING** |
| ALLCO MILLWORK, et al., | |
| Defendants. | |

The hearing on Plaintiff's motion to compel compliance with subpoena and for sanctions (Docket # 41, 42) is hereby continued to October 4, 2006 at 9:30 a.m., Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The Notice of Hearing for the original date was not served on Jeremy Glass, the owner of FRG 2000 Inc., the subject of the subpoena. This notice shall be served by U.S. Mail and facsimile transmission. The opposition of FRG shall be due September 13, 2006. This also applies to the motion to compel compliance with subpoena and for sanctions against Firedoor Consulting & Inspection Services Group.

IT IS SO ORDERED.

DATED: September 8, 2006

_____
JAMES LARSON
Chief Magistrate Judge